```
1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant,
   AMY STRADER
6
7
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| UNITED STATES OF AMERICA,        | CASE NO. CR-09-00426 JW |
|---                               |---|
| Plaintiff,                       | |
| vs.                              | STIPULATION TO CONTINUE DISPOSITION/TRIAL SETTING HEARING AND [Proposed] ORDER THEREON |
| DAVID GUZMAN and AMY STRADER,    | |
| Defendants,                      | |

ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL, ESQ., attorney for the UNITED STATES OF AMERICA, and JERRY Y. FONG, ESQ., counsel for Defendant AMY STRADER that the disposition/trial setting hearing currently set for Monday, June 29, 2009, be continued to Monday, August 24, 2009, at 1:30 pm.

IT IS SO STIPULATED.

DATED: June 26, 2009                CAREY & CAREY


                                    _____/S/_____
                                    JERRY Y. FONG, Attorneys for
                                    Defendant AMY STRADER

///

1
2
3  DATED:    6/26    , 2009         UNITED STATES OF AMERICA
4
5                                           /s/
                                    THOMAS M. O'CONNELL,
6                                   Assistant U.S. Attorney
7
8
9
10
                                       ORDER
11
   GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged,
12
   and decreed, that the disposition/trial setting hearing currently set for June 29,
13
   2009, be continued to Monday, August 24, 2009, at 1:30 pm. Time is excluded from
14  the Speedy Trial Date.
15
16
17
18  DATED:   June 26   , 2009
19                                   HON. JAMES WARE
                                     U.S. DISTRICT COURT JUDGE
20
21
22
23
24
25
26
27
28