JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant,
AMY STRADER

**Filed**
NOV 1 2 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID GUZMAN and AMY STRADER,<br><br>    Defendants, | CASE NO. CR-09-00426 JW<br><br>STIPULATION RE TRAVEL REQUEST OF AMY STRADER AND [proposed] ORDER THEREON |

ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL, ESQ., attorney for the UNITED STATES OF AMERICA, and JERRY Y. FONG, ESQ., counsel for Defendant AMY STRADER that Ms. STRADER be allowed to travel on November 23, 2009 to Portland, Oregon, returning on November 27. This travel is requested in order that Ms. STRADER can assist her mother in a move from Portland, Oregon, to Prunedale, California.

Ms. STRADER'S pretrial services officer, Jaime Carranza, has no objection to this travel.

IT IS SO STIPULATED.

DATED: November 4, 2009          CAREY & CAREY


                                 /S/
                                 _____
                                 JERRY Y. FONG, Attorneys for
                                 Defendant AMY STRADER

DATED: __11/4__, 2009      UNITED STATES OF AMERICA

                                             /s/
                                  THOMAS M. O'CONNELL,
                                  Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING THEREFORE, and upon stipulation of the parties, it is hereby ordered that AMY STRADER be allowed to travel to Portland, Oregon on November 23, 2009, and return to Prunedale, California, on November 27, 2009.

IT IS SO ORDERED.

DATED: __11/12__, 2009

~~PATRICIA V. TRUMBULL~~ RICHARD SEEBORG
MAGISTRATE-JUDGE OF THE
U.S. DISTRICT COURT