1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant,
   AMY STRADER

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA,      | CASE NO. CR-09-00426 JW
12 |         Plaintiff,             |
13 |    vs.                         | STIPULATION TO CONTINUE
   |                                | DATE SET FOR JUDGMENT AND
   |                                | SENTENCING AND [Proposed]
14 | DAVID GUZMAN and AMY           | ORDER THEREON
   | STRADER,                       |
15 |                                |
   |         Defendants,            |
16 |                                |

17    ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL,

18 ESQ., attorney for the UNITED STATES OF AMERICA, and JERRY Y. FONG, ESQ.,

19 counsel for Defendant AMY STRADER that the judgment and sentencing hearing

20 for AMY STRADER currently set for Monday, January 11, 2010, at 1:30 pm, be

21 continued to Monday, February 1, 2010, at 1:30 pm.

22    Counsel for Defendant STRADER will be out of the state on January 11,

23 2010, taking depositions in a multi-party civil case that cannot be rescheduled.

24 ///

25 ///

26 ///

27 ///

28 ///

The probation officer, Waseem Iqbal, has no objection to this continuance.

IT IS SO STIPULATED.

DATED: December 31, 2009           CAREY & CAREY


                                   _____/S/_____
                                   JERRY Y. FONG, Attorneys for
                                   Defendant AMY STRADER


DATED:   12/31   , 2009            UNITED STATES OF AMERICA


                                   _____/s/_____
                                   THOMAS M. O'CONNELL,
                                   Assistant U.S. Attorney


## ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that the judgment and sentencing of AMY STRADER currently set for January 11, 2010, be continued to Monday, February 1, 2010, at 1:30 pm


DATED:   January 7, 2010   .       _____
                                   HON. JAMES WARE
                                   U.S. DISTRICT COURT JUDGE