JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant,
AMY STRADER

**IT IS SO ORDERED AS MODIFIED**
/s/ James Ware
Judge James Ware
1/28/2010

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>DAVID GUZMAN and AMY STRADER,<br><br>    Defendants, | CASE NO. CR-09-00426 JW<br><br>STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCING AND [proposed] ORDER THEREON |

ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL, ESQ., attorney for the UNITED STATES OF AMERICA, and JERRY Y. FONG, ESQ., counsel for Defendant AMY STRADER that the judgment and sentencing hearing for AMY STRADER currently set for Monday, February 1, 2010, at 1:30 pm, be continued to Monday, February 22, 2010, at 1:30 pm.

Counsel for Defendant STRADER has been involved over the past two weeks in the preparation for and participation in a civil trial that has just settled.  He needs more time to properly prepare for Ms. STRADER'S sentencing

The probation officer, Waseem Iqbal, has no objection to this continuance.

///

///

IT IS SO STIPULATED.

DATED: January 28, 2010         CAREY & CAREY

                                /S/
                                ─────────────────────
                                JERRY Y. FONG, Attorneys for
                                Defendant AMY STRADER

DATED:   1/28   , 2010          UNITED STATES OF AMERICA

                                /s/
                                ─────────────────────
                                THOMAS M. O'CONNELL,
                                Assistant U.S. Attorney

**IT IS SO ORDERED AS MODIFIED**

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that the judgment and sentencing of AMY STRADER currently set for February 1, 2010, be continued to Monday, February 22, 2010, at 1:30 pm Sentencing memorandums from both parties are due **February 10, 2010.** Replies, if any, are due **February 17, 2010.**

DATED: January 28 , 2010        /s/ James Ware
                                ─────────────────────
                                HON. JAMES WARE
                                U.S. DISTRICT COURT JUDGE