1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant,
   AMY STRADER
6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,      CASE NO. CR-09-00426 JW

12              Plaintiff,
                                  STIPULATION RE TRAVEL
13    vs.                         REQUEST OF AMY STRADER AND
                                  [proposed] ORDER THEREON
14 DAVID GUZMAN and AMY
   STRADER,
15
                Defendants,
16

17      ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL,

18 ESQ., attorney for the UNITED STATES OF AMERICA, and JERRY Y. FONG, ESQ.,

19 counsel for Defendant AMY STRADER that Ms. STRADER be allowed to travel on

20 February 9, 2010 to Sacramento, California, returning on February 10, 2010.

21      This travel is requested in order that Ms. STRADER can be present when

22 her brother undergoes brain surgery at Sutter General Hospital at 2801 K

23 Street, Sacramento, California, on the morning of Wednesday, February 10,

24 2010.

25 ///

26 ///

27 ///

28 ///

FILED
FEB 0 8 2010

1   Ms. STRADER'S pretrial services officer, Jaime Carranza, has no objection
2 to this travel.
3   IT IS SO STIPULATED.

5 DATED: February 8, 2010                CAREY & CAREY

7                                        _____/S/_____
                                         JERRY Y. FONG, Attorneys for
8                                        Defendant AMY STRADER

11 DATED:  __2/8____, 2010                UNITED STATES OF AMERICA

13                                        _____/s/_____
                                         THOMAS M. O'CONNELL,
14                                       Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING THEREFORE, and upon stipulation of the parties, it is hereby ordered that AMY STRADER be allowed to travel to Sacramento, California, on February 9, 2010, and return to Prunedale, California, on February 10, 2010.

IT IS SO ORDERED.

DATED: __2/8/10__, 2010                  _____
                                         PATRICIA V. TRUMBULL
                                         MAGISTRATE-JUDGE OF THE
                                         U.S. DISTRICT COURT